**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1301**

_____

MARVIN KIMBLE JONES,

Plaintiff – Appellant,

v.

WAL-MART; SAM'S CLUB; STEVEN PAZERDSKI,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:10-cv-00988-JMC)

_____

Submitted:  May 24, 2012                Decided:  May 30, 2012

_____

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marvin Kimble Jones, Appellant Pro Se.  William Keefer Brumbach,
III, LITTLER MENDELSON PC, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Kimble Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action under Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b) for failure to comply with Defendants' discovery requests as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Wal-Mart, No. 8:10-cv-00988-JMC (D.S.C. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED